# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Walter Dewayne Meadows        Case Number: A-04-CR-014(1)-LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence: July 8, 2004

Original Offense: Felon in Possession, in violation of 18 U.S.C. § 922(g)(1).

Original Sentence: Sentenced to Eighty-Four (84) months' custody in the Bureau of Prisons followed by three (3) years of supervised release. Special conditions include: drug aftercare

Type of Supervision: Supervised Release        Date Supervision Commenced: July 16, 2019

Assistant U.S. Attorney: Douglas K. O'Connell        Defense Attorney: Jeff Gordon (appointed)

---

## PREVIOUS COURT ACTION

On March 28, 2011, an Order was filed denying the defendant's request to un his federal and state sentence concurrent.

On April 29, 2014, an Order was filed dismissing in part and denying in part the defendant's "Motion for Credit/Time Served."

On November 4, 2014, an Order was filed denying the defendant's request for early release.

On April 2015, an Order was filed denying the defendant's request for court clarification as to is previously denied request for early release.

On February 11, 2015, an Order was filed denying the defendant's request for early release.

On July 28, 2016, a Standing Order was filed as to the defendant's motion under U.S.C. 28 § 2255.

On July 9, 2019, an Order was filed granting the defendant's motion under U.S.C. 28 § 2255.

On July 16, 2019, an Order was filed in which the defendant's 84-month sentence was vacated and re-sentenced to 60 months imprisonment. It was also ordered that all other terms and provisions of the original judgment are to remain in effect.

On September 9, 2019, a request for Modifying the Conditions or Term of Supervision with Consent of the Offender (12B) was filed and the defendant was ordered to pay his fine at a rate of no less than $25 per month. The defendant was also ordered to provide the probation officer with the financial information as requested, abstain from alcohol and participate in co-occurring treatment.

On October 8, 2019, a request for Modifying the Conditions or Term of Supervision with Consent of the Offender (12B) was filed and the defendant was ordered to live at a place approved by the probation officer and must notify the probation officer if there are any changes to his living situation. In addition, the defendant's person and property was subject to search.

## NONCOMPLIANCE SUMMARY

**Violation of Standard Condition 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."

**Nature of Non-compliance:** On February 26, 2020 and March 2, 2020, the defendant submitted two urinalysis samples that tested positive for cocaine. After a phone conversation with the defendant on March 13, 2020, the defendant admitted using cocaine since January 2020, having used at least 3-4 times. He claims he has been using to cope with personal stress.

**U.S. Probation Officer Action:** The defendant is currently attending substance abuse and mental health counseling at Hill Country Counseling and will be subject to increased random drug testing. It is respectfully recommended that no action be taken to allow the defendant the opportunity to continue participating in the program. Any further violations the Court will be notified.

Approved:                                              Respectfully submitted,


Hector Garcia                                          Miguel Rodriguez
Supervising U.S. Probation Officer                     U.S. Probation Officer
                                                       Date: March 16, 2020

## THE COURT ORDERS:

[X] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Susan Hightower
United States Magistrate Judge

Date: March 16, 2020